■ Tony Camaj, Respondent, v Collette Plassmann, Appellant. [51 NYS3d 425]—

In an action, inter alia, to recover damages for defamation, the defendant appeals from a judgment of the Supreme Court, Dutchess County (Sproat, J.), entered February 4, 2015, which, upon an order of the same court dated July 31, 2014, granting the plaintiff's motion for summary judgment on the issue of liability, and upon a decision of the same court dated January 16, 2015, made after a nonjury trial on the issue of damages, is in favor of the plaintiff and against her in the total sum of $36,612.30.

Ordered that the judgment is affirmed, with costs.

The Supreme Court granted the plaintiff's motion for summary judgment on the issue of liability, determining that the defendant had defamed the plaintiff by publishing false statements about him. After a nonjury trial on the issue of damages, the court determined that the plaintiff was entitled to compensatory damages in the principal sum of $25,000 and punitive damages in the sum of $10,000. In light of the nature of the defamatory statements, the fact that they were published to employees of the school district in which the plaintiff was employed and were repeated by students, and the evidence of the emotional distress caused to the plaintiff, the awards for compensatory and punitive damages were proper (see *Yammine v DeVita*, 43 AD3d 520 [2007]; *Liker v Weider*, 41 AD3d 438 [2007]). Balkin, J.P., Austin, LaSalle and Brathwaite Nelson, JJ., concur.